UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BLAKE MARINE GROUP. LLC,

                      Plaintiff,

       -against-

FRENKEL & COMPANY,

                      Defendant.

-----------------------------------------------------------------X

**ORDER SCHEDULING STATUS CONFERENCE**

18-CV- 10759 (AT) (KHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/07/2020

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A Status conference in this matter is hereby scheduled for Wednesday**, February 19, 2020 at 11:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated: January 7, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge