UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLAKE MARINE GROUP, LLC,

                Plaintiff,

-against-

FRENKEL & COMPANY,

                Defendant.

18 Civ. 10759 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for January 14, 2020 is ADJOURNED *sine die*.

    SO ORDERED.

Dated: January 10, 2020
         New York, New York

                                      ANALISA TORRES
                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/2020