USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

BLAKE MARINE GROUP. LLC,

                              Plaintiff,                        18-CV- 10759 (AT) (KHP)

             -against-                                ORDER

FRENKEL & COMPANY,

                              Defendant.

-------------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

As discussed during the settlement conference on January 6, 2020, fact discovery is extended through **February 19, 2020**. The parties shall complete all outstanding depositions by that date. Additionally, to the extent Plaintiff represents that it has no additional documents to produce from Holland and Knight's file, it should certify that discovery is complete pursuant to Federal Rule of Civil Procedure 26(g).

Dated: New York, New York
       January 21, 2020

                                                            SO ORDERED.

                                                        KATHARINE H. PARKER
                                                       United States Magistrate Judge