# Nicoletti Hornig & Sweeney

WALL STREET PLAZA
88 PINE STREET
SEVENTH FLOOR
NEW YORK, NY 10005-1801
TELEPHONE 212-220-3830
FACSIMILE 212-220-3780
GENERAL@NICOLETTIHORNIG.COM
WWW.NICOLETTIHORNIG.COM

JOHN A.V. NICOLETTI
MANAGING PARTNER
DIRECT DIAL: 212-220-3837
JNICOLETTI@NICOLETTIHORNIG.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/03/2020

February 3, 2020

**Via E-Filing and E-Mail (Parker_NYSDChambers@nysd.uscourts.gov)**
The Honorable Katharine H. Parker
United States District Court Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street, Room 750, Room 750
New York, New York 10007

    Re:    Blake Marine Group, LLC v. Frenkel & Company
          Docket No:    1:18 Civ. 10759 (AT)
          NH&S File No.:    0-1312 JAVN/TLS/PN

Dear Judge Parker:

    Our office represents Frenkel & Company in the above captioned case. On Friday January 31, 2020, we filed a letter motion requesting the Court order Holland & Knight to comply with outstanding discovery and set dates for their compliance. (R. Doc. 112.) Shortly after filing the letter, our office was contacted by James Power of Holland & Knight who advised that he is available to sit for a deposition on February 20, 2020 in New York. Mr. Power also advised that a certification pursuant to Rule 26(g) that discovery is complete would be provided prior to that deposition.

    The current discovery deadline is February 19, 2020. We request an extension of that date solely to allow for Mr. Power's deposition to be conducted on February 20, 2020. Should the Court grant this limited extension, Frenkel withdraws its request that the Court order dates for receipt of the Rule 26 certification and for the deposition of James Power.

    We thank the Court for its time and consideration of this matter.

                      Respectfully submitted,

                      NICOLETTI HORNIG & SWEENEY

            By:    _[signature]_ /PN
                      John A.V. Nicoletti

JAVN/PN/mm

> Fact discovery is extended to February 20, 2020 for the sole purpose of conducting the deposition of James Power. **SO ORDERED:**
>
> _Katharine H. Parker_
> **HON. KATHARINE H. PARKER**
> **UNITED STATES MAGISTRATE JUDGE**
> 02/03/2020

**NEW JERSEY** • 505 MAIN STREET, SUITE 106, HACKENSACK, NJ 07601-5928 • T 201-343-0970 • F 201-343-5882
**GEORGIA** • 4555 MANSELL ROAD, SUITE 300, ALPHARETTA, GA 30022 • T 770-521-4234 • F 770-521-4200

cc:  **Via E-Filing**
James Power, Esq.
Holland & Knight LLP