UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BLAKE MARINE GROUP. LLC,

                              Plaintiff,                       18-CV- 10759 (AT) (KHP)

                -against-                                        ORDER

FRENKEL & COMPANY,

                              Defendant.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      As discussed during the conference on February 19, 2020, Plaintiff's request to extend fact discovery and to depose individuals from Safe Harbor Pollution Insurance is denied. The deadline for expert discovery is **August 7, 2020**. No extensions will be granted absent good cause.

Dated: New York, New York
       February 20, 2020

                                                        SO ORDERED.

                                                        KATHARINE H. PARKER
                                                        United States Magistrate Judge