USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/7/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLAKE MARINE GROUP, LLC,

          Plaintiff,

-against-

FRENKEL & COMPANY,

          Defendant.

18 Civ. 10759 (AT) (KHP)

**ORDER**

ANALISA TORRES, District Judge:

The Court having reviewed the parties' pre-motion letters, ECF Nos. 138, 142, and 143, it is hereby ORDERED that:

1. By **September 11, 2020**, Defendant shall file its motion for summary judgment;
2. By **October 9, 2020**, Plaintiffs shall file their opposition to Defendant's motion for summary judgment;
3. By **October 23, 2020**, Defendant shall file its reply, if any.

SO ORDERED.

Dated: August 7, 2020
      New York, New York

_____
ANALISA TORRES
United States District Judge